IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAUL D. HARDESTY,

    Plaintiff,

vs.                        Case No. 02-1018-JTM

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

MEMORANDUM AND ORDER

    The present motion arises on plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b). For the following reasons, the court grants plaintiff's motion.

    Plaintiff requests the court to award payment of fees in the amount of $7,870.25 for thirty-five (35) hours of court-related work in the present case. $16,607.75 was recently withheld from plaintiff's past-due benefits for the possible payment of attorney fees. Plaintiff's counsel also previously applied for and received attorney fees in the amount of $4,525.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant does not object to plaintiff's request.

    Therefore, the court grants plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $7,870.25 payable to plaintiff's counsel, Timothy M. White, out of which counsel shall reimburse plaintiff in the amount of $4,525.00 for the EAJA attorney fee, as required by *Weakley v. Boren*, 803 F.2d 575, 580 (10th Cir. 1986). Any additional amount that defendant has withheld from

plaintiff's retroactive benefits shall be released and paid to plaintiff.   IT IS ACCORDINGLY ORDERED this 9th day of July, 2007, that plaintiff's motion for attorney fees (Dkt. No. 27) is granted.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE